ORIGINAL

AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL<br>DOCKET NO.  CV12-05716<br>DATE FILED 7/2/2012 | COURT NAME AND LOCATION<br>U.S. District Court, Central District of California |
|---|---|
| PLAINTIFF<br>VENTURA CONTENT, LTD. | DEFENDANT<br>GOTYS PRODUCTIONS, INC. D/B/A CLIPHUNTER.COM; GREEN PARK HOLDINGS, LLC; JUSTIN ELEAZER; and DOES 1-10. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Exhibit 1 | See Exhibit 1 | See Exhibit 1 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT "1"

| No. | Copyright Registration Number | Episode Number | Title of Work | Author or Work |
|---|---|---|---|---|
| 1 | PA0001678353 | HFA190 | AFA, Vol. 4, Scene at 28:41 | Motion Picture |
| 2 | PA0001678353 | HFA197 | AFA, Vol. 4, Scene at 29:37 | Motion Picture |
| 3 | PA0001678353 | HFA213 | AFA, Vol. 4, Scene at 21:36 | Motion Picture |
| 4 | PA0001649295 | ASP065 | ASI, Vol. 5, Scene at 24:05 | Motion Picture |
| 5 | PA0001649295 | CST022 | ASI, Vol. 5, Scene at 29.09 | Motion Picture |
| 6 | PA0001646260 | HFB191 | CPB, Vol. 2, Scene at 27:26 | Motion Picture |
| 7 | PA0001653824 | HFB201 | CPB, Vol. 4, Scene at 29:12 | Motion Picture |
| 8 | PA0001653824 | HFB202 | CPB, Vol. 4, Scene at 26:57 | Motion Picture |
| 9 | PA0001653824 | HFB205 | CPB, Vol. 4, Scene at 28:51 | Motion Picture |
| 10 | PA0001649208 | CST109 | CST, Vol. 10, Scene at 28:51 | Motion Picture |
| 11 | PA0001649208 | CST111 | CST, Vol. 10, Scene at 26:03 | Motion Picture |
| 12 | PA0001649208 | CST112 | CST, Vol. 10, Scene at 25:56 | Motion Picture |
| 13 | PA0001649208 | CST122 | CST, Vol. 10, Scene at 28:39 | Motion Picture |
| 13 | PA0001649208 | CST122 | CST, Vol. 10, Scene at 28:39 | Motion Picture |
| 14 | PA0001339094 | CST008 | CST, Vol. 2, Scene at 43:24 | Motion Picture |
| 15 | PA0001673967 | HFDP117 | DPT, Vol. 5, Scene at 27:35 | Motion Picture |
| 16 | PA0001649271 | HFDP115 | DPT, Vol.6, Scene at 22:10 | Motion Picture |
| 17 | PA0001649271 | HFDP131 | DPT, Vol.6, Scene at 21:01 | Motion Picture |
| 18 | PA0001649271 | HFDP143 | DPT, Vol.6, Scene at 24:17 | Motion Picture |
| 18 | PA0001649271 | HFDP143 | DPT, Vol.6, Scene at 24:17 | Motion Picture |
| 19 | PA0001680245 | HFDP163 | DPT, Vol. 9, Scene at 27:26 | Motion Picture |
| 20 | PA0001680245 | HFDP175 | DPT, Vol. 9, Scene 29:55 | Motion Picture |
| 21 | PA0001680245 | HFDP176 | DPT, Vol. 9, Scene at 27:13 | Motion Picture |
| 22 | PA0001680245 | HFDP181 | DPT, Vol. 9, Scene at 29.02 | Motion Picture |
| 23 | PA0001673969 | HCG004 | MCJ, Vol. 4, Scene at 28:49 | Motion Picture |
| 24 | PA0001673969 | HCG005 | MCJ, Vol. 4, Scene at 34:02 | Motion Picture |
| 25 | PA0001383963 | HCT002 | SCT, Vol. 1, Scene 26:31 | Motion Picture |
| 26 | PA0001678345 | HCT016 | SCT, Vol. 4, Scene at 29:09 | Motion Picture |
| 27 | PA0001678345 | HCT019 | SCT, Vol. 4, Scene at 27:35 | Motion Picture |
| 28 | PA0001678345 | HCT035 | SCT, Vol. 4, Scene at 23:34 | Motion Picture |
| 29 | PA0001673990 | WS027/WS0 | WS, Vol. 5, Scene at 29:22 | Motion Picture |
| 30 | PA0001673990 | WS050 | WS, Vol. 5, Scene at 25:33 | Motion Picture |