1  Peter R. Afrasiabi, Esq. (Bar No. 193336)
       pafrasiabi@onellp.com
2  Imran F. Vakil, Esq. (Bar No. 248859)
       ivakil@onellp.com
3  **ONE LLP**
   4000 MacArthur Blvd.
4  West Tower, Suite 1100
   Newport Beach, CA 92660
5  Phone:     (949) 502-2870
   Facsimile: (949) 258-5081
6  *Attorneys for Plaintiff, Ventura Content Ltd.*

7  Gary Bostwick, Esq. (Bar No. 79000)
       gbostwick@bostwickjassy.com
8  **BOSTWICK & JASSY LLP**
   12400 Wilshire Boulevard, Suite 400
9  Los Angeles, CA 90025
   Phone:     (310) 979-6059
10 Facsimile: (310) 314-8401

11 Lawrence G. Walters, Esq. (Appearing *Pro Hac Vice*)
   (Florida Bar No. 0776599).
12     larry@firstamendment.com
   **WALTERS LAW GROUP**
13 195 W. Pine Ave.
   Longwood, FL 32750
14 Phone:     (407) 975-9150
   Facsimile: (407) 774-6151
15
   *Attorneys for Defendants Justin Eleazer and Green
16 Park Holdings LLC,*

17
                    **UNITED STATES DISTRICT COURT**
18
                    **CENTRAL DISTRICT OF CALIFORNIA**
19

| VENTURA CONTENT LTD. an Anguillan corporation, | Case No. CV 12-05716-MMM (MRWx) Hon. Margaret M. Morrow |
|---|---|
| Plaintiff, | **JOINT STIPULATION DISMISSING ALL CLAIMS WITH PREJUDICE FROM PLAINTIFF'S COMPLAINT** |
| v. | |
| GOTYS PRODUCTIONS, INC. D/B/A CLIPHUNTER.COM, a Seychelles Corporation; GREEN PARK HOLDINGS, LLC, a Pennsylvania limited liability company; JUSTIN ELEAZER, an individual; and DOES 1-10 inclusive, | [[Proposed] Order filed concurrently herewith] |
| Defendants. | Complaint filed:  July 6, 2012 |

19596.1

**JOINT STIPULATION DISMISSING ALL CLAIMS IN PLAINTIFF'S COMPLAINT - CV 12-05716-MMM (MRWx)**

**WHEREAS,** Plaintiff Ventura Content Ltd ("Ventura") filed a its complaint on July 2, 2012 and served the same on Defendants Justin Eleazer ("Eleazer") and Green Park Holdings LLC ("Green Park") (collectively the "Served Defendants") on July 6, 2012 and July 17, 2012, respectively;

**WHEREAS**, Plaintiff commenced service attempts on the foreign Defendant Gotys Productions, Inc. about a week after the Complaint was filed, which was expected to complete in early 2013, which, on information and belief, has not occurred to date;

**WHEREAS,** on August 28, 2012, the Served Defendants filed a *Corrected* Motion to Dismiss [Dkt. 19] scheduled to be heard on November 26, 2012;

**WHEREAS**, in light of ongoing settlement negotiations, on October 19, 2012, the parties stipulated that (1) Defendants' *Corrected* Motion to Dismiss [Dkt. 19] would be withdrawn within 24 hours of the filing of this stipulation; and (2) Plaintiff consents to Defendants' refiling of their *Corrected* Motion to Dismiss on or before December 1, 2012, and with a hearing date occurring not earlier than January 21, 2013, without any prejudice arriving from the delay of such filing.

**WHEREAS** settlement discussions have resulted in a negotiated resolution of all claims, and all parties have executed their respective portions of a written settlement agreement, which includes an agreement to dismiss the above-captioned suit against all Defendants, with prejudice.

**NOW THEREFORE**, the parties hereby stipulate as follows:

1. All claims contained in Plaintiff's Complaint shall be dismissed with prejudice.
2. The other terms of the settlement shall remain confidential.

Dated: December 7, 2012  **ONE LLP**

By: /s/ Imran F. Vakil
    Imran F. Vakil
    John Tehranian
    Peter R. Afrasiabi
*Attorneys for Plaintiff, Ventura Content Ltd.*

Dated: December 7, 2012  **BOSTWICK & JASSY LLP**

By: /s/ Gary Bostwick
    Gary Bostwick
    Kevin L. Vick

**WALTERS LAW GROUP**

By: /s/ Lawrence G. Walters
    Lawrence G. Walters

*Attorneys for Defendants, Justin Eleazer and Green Park Holdings LLC*